**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sari K. Alsaker,

Plaintiff,

vs.

Trans Union Corporation and
Alternative Receivables Solutions, Inc.,

Defendants.

Court File No. 00-1441 JRT/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO COMPLAINT OF**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sari K. Alsaker ("Plaintiff") and Defendant Trans Union LLC, incorrectly designated as Trans Union Corporation ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until July 17, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 11th, 2000

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEYS FOR PLAINTIFF

FILED JUL 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: July 11, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

By: Susan D. Holappa
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants Trans Union LLC shall be and is granted an extension until July 17, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 14, 2000

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge