**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Sari K. Alsaker,

**Court File No. 00-1441 JST/SRN**

Plaintiff,

vs.

Trans Union Corporation and
Alternative Receivables Solutions, Inc.

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT AS TO DEFENDANT ALTERNATIVE RECEIVABLES SOLUTIONS, INC.**

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff as to Defendant Alternative Receivables Solution, Inc. may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits as to Defendant Alternative Receivables, Inc. may be entered in the above-entitled action pursuant hereto.

Dated: 10/18/00

**CONSUMER JUSTICE CENTER, P.A.**

By [signature]
for Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
*Maplewood, MN 55109-1171*
(651) 770-9707

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 10/12/00

By ____________________

Michael A. Klutho (License #186302)
Attorneys for Defendant Alternative Receivables Solutions, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint as to Defendant Alternative Receivables Solutions, Inc. on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated: October 19, 2000 ____________________

Judge of United States District Court