# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sari K. Alsaker

v.

Trans Union Corporation

Case No. Civil 00-1441JRT/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant Trans Union Corporation in the amount of $7,500.

DATE: May 10, 2001

FRANCIS E. DOSAL, CLERK

______________________________
Denise La Fond, Deputy Clerk